# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

157847

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TRJ & E PROPERTIES, LLC,
        Petitioner-Appellee,

v

CITY OF LANSING,
        Respondent-Appellant.

SC: 157847
COA: 338992
MTT: 16-000408-TT

_____/

On order of the Court, the application for leave to appeal the April 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk

p0109